IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARC LOUGHRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-CV-2647-N-BW |
| | § | |
| SHELLPOINT MORTGAGE SERVICING, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Motion to Remand (Doc. 5) is DENIED and Defendants' Motion to Dismiss (Doc. 6) is GRANTED. This action will be dismissed with prejudice by separate judgment.

SO ORDERED this 19th day of October, 2026.



DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE